DAVID CHIU, State Bar #189542
City Attorney
AUDREY W. PEARSON, State Bar #178414
KATHY J. SHIN, State Bar #318185
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-4700
Facsimile:      (415) 554-4757
E-Mail:          audrey.pearson@sfcityatty.org
                     kathy.shin@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIFTH CHURCH OF CHRIST, SCIENTIST IN SAN FRANCISCO, CALIFORNIA, a California religious corporation; FORGE DEVELOPMENT PARTNERS LLC, a California limited liability company; TL 450, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO; CITY AND COUNTY OF SAN FRANCISCO PLANNING COMMISSION; SAN FRANCISCO BOARD OF SUPERVISORS, and DOES 1-25,<br><br>Defendants. | Case No. 4:22-cv-01608-YGR<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT CITY AND COUNTY OF SAN FRANCISCO TO RESPOND TO THE COMPLAINT (Civ. L.R. 6-1(a))**<br><br>Trial Date:           None Set |

WHEREAS, Plaintiffs Fifth Church of Christ, Scientist in San Francisco, Forge Development Partners, LLC, and TL 450, LLC, ("Plaintiffs") served the City and County of San Francisco (sued herein as City and County of San Francisco, City and County of San Francisco Planning Commission, and San Francisco Board of Supervisors [collectively "City"]) with their complaint in the above-captioned matter ("Complaint") on April 11, 2022;

WHEREAS, City's response to the Complaint is due on or by May 2, 2022;

WHEREAS, Deputy City Attorneys in the San Francisco City Attorney's Office have recently tested positive for the Coronavirus (COVID-19), and pursuant to Rule 6-1(a) of the Local Rules for the United States District Court for the Northern District of California, Plaintiffs have agreed to stipulate to extend the time for City's response to the Complaint by 14 days.

NOW THEREFORE, City's response to the Complaint is due on or by May 16, 2022.

**IT IS SO STIPULATED:**

Dated: April 29, 2022

DAVID CHIU
City Attorney
AUDREY W. PEARSON
KATHY J. SHIN
Deputy City Attorneys

By: _____
KATHY J. SHIN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: April 29, 2022

COLLINS + COLLINS, LLP

By: _____
JOSHUA A. COHEN
DAVID A. ERICKSEN
Attorney for Plaintiffs
FIFTH CHURCH OF CHRIST, SCIENTIST
IN SAN FRANCISCO, CALIFORNIA,
FORGE DEVELOPMENT PARTNERS LLC, and
TL 450, LLC